UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

   Petitioner,

v.                                               Case No. 1:25cv162-MCR-HTC

STATE OF FLORIDA,

   Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated June 30, 2025, ECF No. 3, which recommends this case be dismissed *sua sponte* pursuant to Rule 4 of the Rules Governing § 2254 Cases as duplicative. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF Doc. 3, is adopted and incorporated by reference in this order.

(2) The petition under 28 U.S.C. § 2241 is DISMISSED under Rule 4 of the Rules Governing § 2254 Cases as duplicative.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**